COM.

v.

RAY, L.

**269 EDA 2016**

Superior Court of Pennsylvania.

08/23/2017

CP–51–CR–0008880–2008
(Philadelphia)

Affirmed

ABDULLAH, W.

v.

MCMORAN, B.

**261 EDA 2017**

Superior Court of Pennsylvania.

08/23/2017

No.161100075
(Philadelphia)

Affirmed

COM.

v.

CALLAHAN, R.

**629 EDA 2016**

Superior Court of Pennsylvania.

08/23/2017

CP–09–CR–0000141–2015
(Bucks)

Affirmed

COM.

v.

THOMPSON, R.

**867 MDA 2016**

Superior Court of Pennsylvania.

08/23/2017

CP–21–CR–0002705–2008
(Cumberland)

Affirmed